

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Precision Pipe Rentals, LLC;
Precision Pipeworks, LLC; and
IOS/PCI, LLC,

\* From the County Court at Law
of Midland County,
Trial Court No. CC24396.

Vs. No. 11-22-00330-CV

\* June 15, 2023

Timothy A. Armendariz,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Precision Pipe Rentals, LLC; Precision Pipeworks, LLC; and IOS/PCI, LLC's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.